CASE UNSEALED  3/14/19

MCB

AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of California

FILED

APR 27 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

Facebook account with vanity name "Donovan San Martin," account number 100001337303457 (Target Account-6)

)
)
)
)
)
)

Case No. **18MJ2039**

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the _____**Northern**_____ District of _____**California**_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1951 | Hobbs Act Robbery |
| 18 U.S.C. 924(c) | Carrying and Brandishing a Firearm in Commission of a Crime of Violence |
| 18 U.S.C. 371 | Conspiracy to do the same |

The application is based on these facts:

See attached affidavit of Alex Esconde.

- ☑ Continued on the attached sheet.
- ☑ Delayed notice of __35__ days (give exact ending date if more than 30 days: __05/31/2018__ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Alex Esconde, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __4/27/18__

City and state: San Diego, California

_____
*Judge's signature*

Hon. Jan M. Adler, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A
## PROPERTY TO BE SEARCHED

Information associated with the Facebook account that is stored at premises controlled by Facebook, a company whose headquarters is located at 1601 Willow Road, Menlo Park, CA:

a. Facebook vanity name "Donovan San Martin," account number 100001337303457, and used by Donovan ESCALERA (**Target Account-6**).

## ATTACHMENT B

### I.    Service of Warrant

The officer executing the warrant shall permit Facebook, Inc., as custodian of the computer files described in Section II below, to locate the files and copy them onto removable electronic storage media and deliver the same to the officer.

### II.    Items to be Provided by Facebook, Inc.

Any and all records, files, logs, or information (whether deleted or not) concerning:

A.    All records or other information regarding the identification of the account, to include subscriber information, full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

B.    Any and all phone detail identification information;

C.    All videos stored by an individual using this account;

D.    All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

E.    All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

F.    All Photoprints, including all photos uploaded by that user ID and all photos uploaded by any user that have that user tagged in them to include EXIF data;

G.    All Neoprints, including profile contact information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes;

Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

H.   All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

I.   All "check ins" and other location information;

J.   All IP logs, including all records of the IP addresses that logged into the account;

K.   All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

L.   All information about the Facebook pages that the account is or was a "fan" of;

M.   All past and present lists of friends created by the account;

N.   All records of Facebook searches performed by the account;

O.   All information about the user's access and use of Facebook Marketplace;

P.   The length of service (including start date), the types of service utilized by the user, and the means and source of any payments associated with the service (including any credit card or bank account number);

Q.   All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

R.   All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

S.   All email communications to include but not limited to; sent, received, deleted, drafted, and stored in the accounts listed above.

T.   All Facebook Messenger communications to include but not limited to; sent, received, deleted, drafted, and stored in the accounts listed above.

//

//

## III.   Items to be Seized as Evidence

The search of the data supplied by the Facebook, Inc. pursuant to this warrant will be conducted by FBI as provided in the "Procedures For Electronically Stored Information" of the affidavit submitted in support of this search warrant and will be limited to the seizure of data, such as communications, records, photos, videos, and location data, for the period from **December 1, 2017 to and including February 16, 2018**:

a.   tending to identify attempts to coordinate and commit armed robberies in the San Diego area;

b.   tending to identify accounts, facilities, storage devices, and/or services–such as email addresses, IP addresses, and phone numbers–used to facilitate armed robberies in the San Diego area;

c.   tending to identify participants, co-conspirators, criminal associates, or others involved in armed robberies in the San Diego area;

d.   tending to identify travel to or presence at locations involved in armed robberies in the San Diego area, such as locations where get-away vehicles were stolen or abandoned, locations robbed, or scouted for robbery, safe houses or hotels used as safe houses, where firearm(s) and ammunition used in the robberies were obtained;

e.   tending to identify the user of, or persons with control over or access to, the subject account; and/or

f.   tending to place in context, identify the creator or recipient of, or establish the time of creation or receipt of communications, records, or data involved in the activities described above;

**which are evidence of violations of Title 18, United States Code, Sections 1951, 924(c), and 371.**

MCB

## AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT

I, Alex Esconde, being duly sworn, declare and state:

### PURPOSE OF AFFIDAVIT

1.     This affidavit supports an applications for a warrant to search the following Facebook[1] account:

>     a.     Facebook vanity name "Donovan San Martin," account number 100001337303457, and used by Donovan ESCALERA (**Target Account-6**);

as described in **Attachment A**.

2.     Based on the information below, there is probable cause to believe evidence of crimes in violation of Title 18, United States Code, Sections 1951, 924(c), and 371 (Interference with Commerce by Threats or Violence, a.k.a. Hobbs Act Robbery, Carrying and Brandishing a Firearm in the Commission of a Crime of Violence, and Conspiracy to do the same), as described in **Attachment B**, will be found on the **Target Account**.

3.     Except as otherwise noted, information set forth in this affidavit has either been observed or provided to me by law enforcement officers with whom I have spoken, who were involved in this investigation, or whose reports I have read and reviewed. Likewise, information resulting from surveillance, except where otherwise indicated, does not necessarily set forth my own observations but rather has been provided directly or indirectly by other law enforcement officers who conducted such surveillance.

4.     The result of my training and experience, the facts gathered during this investigation, and my conversations with other Special Agents of the Federal Bureau of

---

[1]     Facebook, Inc., 1601 Willow Road, Menlo Park, California 94025 is an Internet company, which, among other things, provides electronic communication services to subscribers. Facebook's electronic Messenger service allows subscribers to communicate with other ISP subscribers through the Internet. Subscribers to Facebook use unique screen names and/or email addresses during communications with others.  The screen names and/or email addresses may or may not identify the real name of the person using a particular screen name or email account

Investigation (FBI), and Task Force Officers (TFOs), as well as Detectives and Officers and other local investigators familiar with violent crimes, robberies, and firearms, form the basis of the opinions and conclusions set forth below.

5.   Because this affidavit is being submitted for the limited purpose of seeking the search warrants specified above, I have not set forth each and every fact learned during the course of the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause for the requested warrants. Dates and times outlined below are approximate.

TRAINING AND EXPERTISE

6.   I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7); that is, an officer of the United States, who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18 of the United States Code.

7.   I am a Special Agent of the FBI, and have been so employed since February 2003. I am assigned to the San Diego Field Division, Violent Crimes Task Force as the Bank Robbery Coordinator.  I am also assigned to investigate violent crimes that include robberies, murder, kidnappings, and assaults on federal officers.  During the course of my duties, I have prepared search and arrest warrants and have participated in the execution of search and arrest warrants.

8.   I have received twenty-one (21) weeks of training at the FBI Academy in Quantico, Virginia.  During that training, I received instruction regarding a wide variety of investigative techniques that are commonly used in support of a wide range of the FBI's investigative priorities. The training included instruction regarding the use of sources, law enforcement tactics, search and seizure laws and techniques, surveillance, forensic techniques, interviewing, digital evidence, and a variety of other subjects.  I have acted as the lead investigator on a variety of cases and have participated in multiple cases that have focused on robberies and firearms.

2

9.     In my training and experience, I have learned that individuals engaged in robberies often use their cell phones and electronic media to conspire, plan and coordinate their criminal activities and that cellphones and electronic media retain evidence of their crimes such as communications, photographs, videos, contact information of co-conspirators, location data, travel arrangements, and financial data that evidence criminal activities.

## FACEBOOK, INC.

10.     Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com.  Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

11.     Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter.  This information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers (for password retrieval), physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.  Facebook also assigns a user identification number to each account.

12.     Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network.  A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request."  If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other.  Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

13.     Facebook   users   can   select   different   levels   of   privacy   for   the

3

communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users. A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

14.     Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

15.     Facebook has a Photos application, where users can upload an unlimited number of albums and photos. Another feature of the Photos application is the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, a user's "Photoprint" includes all photos uploaded by that user that have not been deleted, as well as all photos uploaded by any user that have that user tagged in them.

16.     Facebook users can exchange private messages on Facebook with other users. These messages, which are similar to e-mail messages, are sent to the recipient's "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as

4

well as other information.  Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile.  In addition, Facebook has a Chat feature that allows users to send and receive instant messages through Facebook.  These chat communications are stored in the chat history for the account.  Facebook also has a Video Calling feature, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

17.    If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

18.    Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages.  Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (*i.e.*, non-Facebook) websites.  Facebook users can also become "fans" of particular Facebook pages.

19.    Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

20.    Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present. The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend.  The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

21.    Facebook Notes is a blogging feature available to Facebook users, and it enables users to write and post notes or personal web logs ("blogs"), or to import their blogs from other services, such as Xanga, LiveJournal, and Blogger.

22.    The Facebook Gifts feature allows users to send virtual "gifts" to their friends that appear as icons on the recipient's profile page.  Gifts cost money to purchase, and a personalized message can be attached to each gift.  Facebook users can also send each other "pokes," which are free and simply result in a notification to the

recipient that he or she has been "poked" by the sender.

23.     Facebook also has a Marketplace feature, which allows users to post free classified ads.  Users can post items for sale, housing, jobs, and other items on the Marketplace.

24.     In addition to the applications described above, Facebook also provides its users with access to thousands of other applications on the Facebook platform.  When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

25.     Facebook uses the term "Neoprint" to describe an expanded view of a given user profile.  The "Neoprint" for a given user can include the following information from the user's profile:  profile contact information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications.

26.     Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address.  These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action.  For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

27.     Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account

number).   In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users.   Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

28.   Facebook tracks location data for mobile users.   The Facebook app has access to a user's location data even when the user is not using the Facebook app.

29.   Therefore, the computers of Facebook are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

## FACTS AND CIRCUMSTANCES ESTABLISHING PROBABLE CAUSE

### Introduction

30.   Between January 8, 2018, and January 16, 2018, robberies were committed at four gas station convenience stores and a firearm was brandished during each. The robberies occurred at the following dates, time, and locations:

| Robbery No. | Date | Time | Victim | Address |
|---|---|---|---|---|
| 1 | 1/8/2018 | 11:35 AM | Chevron | 2290 Camino Del Rio North San Diego, CA |
| 2 | 1/13/2018 | 11:08 PM | USA Gasoline | 1092 E. Washington Ave El Cajon, CA |
| 3 | 1/15/2018 | 4:25 AM | Arco AMPM | 6130 Balboa Ave San Diego, CA |

| 4 | 1/16/2018 | 1:40 AM | Arco AMPM | 8820 Clairemont Mesa Blvd San Diego, CA |
| --- | --- | --- | --- | --- |

31.    At the time of the robberies, the locations each sold goods that had been produced in a State outside of California or in a foreign country, to include Sam Adams beer, Smartwater, and/or Marlboro cigarettes.

32.    Investigators have identified Donovan ESCALERA, Christina BARRIOS, Juan Manuel RAMOS Jr. and Melissa ORTIZ Ayerim as suspects that coordinated and participated in the armed robberies, where members of the group alternated in committing the robberies using the same firearm. Investigators executed federal search warrants on the suspect's Facebook accounts and some of their observations are included below.

**Chevron**

33.    On January 8, 2018, at approximately 11:35 a.m., a green 1999 Honda Civic (1999 Civic) arrived at the back lot of the Chevron Gas Station located at 2290 Camino Del Rio North, San Diego, California. An unknown male exited the passenger side of this vehicle, while a second unknown subject remained in the driver's seat. The unknown male (armed subject) entered the market area of the Chevron and brandished a semi-automatic handgun and demanded money from an employee. As the employee opened the cash drawer, the armed subject reached across the counter and took cash from the drawer. The armed subject then returned to the vehicle, entered the passenger side, and the vehicle fled the scene heading west on Interstate-8 (I-8).

34.    Investigators reviewed surveillance footage and the armed subject appeared to be a white or Hispanic male, approximately 25-30 years old, standing 5'10", with a thin build, wearing a red, black, and white plaid shirt, cuffed blue jean pants, dark sunglasses, a black baseball cap with silver "SD" emblem, a purple or blue bandana over his face, and black Adidas tennis shoes with white soles. A hat matching the description of the hat worn by the armed subject was discovered in a Facebook photo being worn by BARRIOS. The

8

armed subject's firearm is described as a "1911" style handgun, with silver ejector port, brown grips, black slide, frame and tang, and dark gunmetal hammer. A firearm matching that description was later discovered in a hotel room rented by BARRIOS and ORTIZ, as described below. The 1999 Civic had Arizona license plate AXR9114, which record checks indicated was a vehicle stolen from a San Diego area address.

### Recovery of the 1999 Civic

35.    On January 8, 2018, approximately an hour after the Chevron robbery, the 1999 Civic was recovered at the Best Western Motel at 411 Hotel Circle South in San Diego. Investigators reviewed surveillance footage and observed that the 1999 Civic arrived at approximately 11:45 a.m. and parked. A male wearing a white t-shirt, dark pants, black baseball hat, and black shoes, carrying a skateboard exited the vehicle and walked towards a Super 8 Motel, which is west of the Best Western Motel. A second person who appeared short with a thin build and possibly female, wearing a black hooded jacket and beige or camouflage pants, also exited the 1999 Civic and walked towards the Super 8 Motel.

36.    Investigators searched the vehicle and found a long sleeve red, black, and white plaid shirt, purple-blue bandana, and sunglasses that appeared to match the items worn by the armed subject during the Chevron robbery. A Deoxyribonucleic Acid (DNA) profile identified from the sunglasses came back to ESCALERA. As detailed below, ESCALERA and BARRIOS appear to be in a romantic relationship. DNA profiles identified from the purple-blue bandana came back to RAMOS and ORTIZ. A DNA profile from the sleeve of the plaid shirt came back to Armando Alfonso Reyes.[2]

37.    Investigators also noted that the driver's seat was positioned noticeably forward (close to the steering wheel) in the 1999 Civic, indicating the last person to drive the 1999 Civic was short. As explained below, BARRIOS was arrested on a state warrant and was approximately 4', 9" tall and weighed approximately 90 pounds.

---

[2]    At this time, investigators have found no other connection between Reyes and the robberies.

9

**USA Gasoline Robbery**

38.     On January 13, 2018, at approximately 11:05 p.m., an older model Honda Accord with a license plate, identified by witnesses, as "7BVZ218" arrived at the USA Gasoline located at 1092 E. Washington Avenue in El Cajon, California. Two subjects exited the vehicle and entered the store. They walked to the store's counter and one subject (armed subject) brandished a firearm, holding the firearm in a two-handed grip with the firing hammer cocked back while pointing it at the store clerk who was just starting his shift and was counting cash at the register. One of the subjects demanded cash and the unarmed subject grabbed approximately $250 from the register. The two subjects fled the store, entered their vehicle, and drove westbound on E. Washington Avenue.

39.     The clerk described the subjects as two Hispanic males in their 20's-30's with masks covering their faces. Other witnesses gave similar descriptions. The clerk indicated one subject wore sunglasses and the other subject, as he remembered it, had a tattoo of a teardrop or triangle underneath his right eye. RAMOS has a tattoo of a teardrop underneath his left eye. A second clerk who was coming off his shift, indicated that he thought he saw "jail tattoos" on the hands or wrists of the subject who took the money.

40.     Investigators reviewed surveillance footage and observed that the armed subject wore sunglasses, a dark gray/black hoodie, dark colored pants, a hat with red brim, a dark colored bandana, maroon tennis shoes with white soles, and appeared to have a tattoo on his/her hand which was exposed when the subject raised the firearm.   The unarmed subject wore a dark colored hoodie with a Batman logo on the chest, black pants, a black baseball hat with a rectangular emblem on front, a black bandana with paisley design, and beige high top shoes. Photos of RAMOS wearing a black bandana with paisley design were discovered as being sent from his Facebook account on January 14, 2018.  The two subjects appeared to be roughly the same height. RAMOS is approximately 5'9" with a lean to medium build, although he has also been described as heavy. ESCALERA is approximately 5'9" and weighs approximately 180 to 200 pounds, although in recent photos ESCALERA appears to have a thin build. The firearm is black with a silver ejector

10

port and the hammer was cocked back. On January 16, 2018, during a parole check, RAMOS and ORTIZ were arrested in a hotel room that contained a dark colored hoodie with a Batman logo on the chest, two pairs of black pants that appear similar to the pants worn in the robbery, a black bandana with paisley design, beige high top shoes, maroon tennis shoes with white soles, a black hat with a metal rectangular emblem on front, and a "1911" style handgun with silver ejector port, brown grips, black slide, frame and tang, and dark gunmetal hammer. The hotel room was registered to both BARRIOS and ORTIZ.

41.    On January 13, 2018, at approximately ten minutes after the robbery, officers responded to a vehicle fire at 1020 Redwood Avenue in El Cajon, which is near an apartment complex and approximately a half-mile by road from the USA Gasoline. The El Cajon Fire Department put out the fire and investigators observed that the vehicle was a red 1993 Honda Accord with California license plate 7BVV210 and that the interior had completely burned. Witnesses from the apartment complex indicated that they had not seen anyone light the vehicle on fire or run away from it. When contacted, the owner of the Honda Accord said the car was parked in his driveway in El Cajon all day and that he had not given anyone else permission to take the vehicle.

### Arco AMPM – Balboa Ave Robbery

42.    On January 15, 2018, at approximately 4:25 a.m., a silver Honda Civic drove into the Arco AMPM parking lot located at 6130 Balboa Avenue in San Diego and parked. Two subjects exited the Honda and entered the AMPM store. One subject (armed subject) brandished a large black semi–automatic handgun with a silver ejection port and demanded money from the clerk. The unarmed subject stood silently by the counter. The clerk complied and gave the armed subject approximately $170 from the cash register. The subjects fled to the Honda and drove away east on Balboa Avenue.

43.    The clerk described the armed subject as possibly a Hispanic male and the unarmed subject as possibly female. Officers reviewed surveillance footage and the armed subject appeared to be a male, wearing a black baseball cap with the white letters "DRTY" on the front, a dark green with black horizontal striped jacket, black sunglasses, a black

bandana over the face, and black pants. Photos of RAMOS wearing a black bandana with paisley design were discovered as being sent from his Facebook account on January 14, 2018. A photo of RAMOS wearing a dark green top with black horizontal strips were discovered being received by RAMOS, via Facebook messenger on January 10, 2018. Photos of an individual investigators believe to be RAMOS wearing a black baseball cap with the letters "DRTY" on the front were discovered as being received by RAMOS, via Facebook messenger, on January 13, 2018. The unarmed subject appeared to be a female, wearing a black baseball cap, black sunglasses, neon green bandana over the face and dark clothing. The armed subject appeared to be average height for a male and the unarmed subject appeared significantly shorter. RAMOS is approximately 5'9" and BARRIOS is approximately 4'9" tall. Officers also observed that the silver Honda Civic that the suspects used had a unique pattern of tape on the hood.

44.    At approximately 4:39 a.m., a silver 2000 Honda Civic with the same unique pattern of tape on the hood was found engulfed in flames at 2700 Merton Avenue in San Diego, which is approximately 2.7 miles by road from the Arco AMPM. Two burned plastic bottles that appeared to contain wicks were located in the rear seat. A DNA profile identified from one of the bottles came back to RAMOS. The Honda had Indiana license plate LE4595 and had been reported stolen.  A witness who was in the area indicated that she saw a black car pull in front of the Honda, shortly thereafter observed it depart, and shortly after the departure she noticed the Honda on fire.

### Arco AMPM – Clairemont Mesa Robbery

45.    On January 16, 2018, at approximately 1:40 a.m., a gold-colored late-model Nissan Maxima occupied by two subjects drove into the parking lot of the AMPM located at 8820 Clairemont Mesa Boulevard in San Diego. The store clerk was on a break outside the store. The Maxima drove near the clerk and stopped. A subject exited the passenger side (armed subject) and had a dark-colored semi-automatic handgun in his hand. A second subject remained inside the car. The armed subject directed the clerk into the store at gunpoint and demanded money. The clerk opened the cash register and handed the armed

1  subject the $20 bills. The armed subject took the $20 bills from the clerk then grabbed the
2  remainder of the money from the register. The armed subject fled to the waiting car and
3  they drove from the scene. The armed subject was described as a Hispanic male wearing a
4  black baseball cap, maroon hooded jacket, black bandana over his face and black pants.
5  ORTIZ's Facebook location history places the electronic device linked to ORTIZ's
6  Facebook account in close proximity to the robbery location, during the approximate time
7  of the robbery.

8                                    **Arrest of RAMOS and ORTIZ**

9        46.    On January 16, 2018, at 12:00 p.m., officers conducted a parole compliance
10  check on ORTIZ, who officers had learned was staying in room 225 at the Goodnight Inn
11  located at 355 Bay Boulevard in Chula Vista, California. ORTIZ and RAMOS were in the
12  room. ORTIZ was searched and found to have a Costco Visa card in the name of R.P., who
13  record checks indicated was a victim of vehicle theft. In addition to the clothing described
14  above, the room also contained cuffed blue jean pants that appeared similar to those used
15  by the armed suspect in the Chevron robbery, piles of car parts (including four car tires),
16  four vehicle jacks, three vehicle pink slips for late model Hondas and a Nissan for vehicles
17  that did not belong to ORTIZ or RAMOS, a shaved Buick key, a quarter of a gram of a
18  white substance that test positive for methamphetamine, and a glass methamphetamine
19  pipe.

20        47.    The "1911" style handgun, with silver ejector port, brown grips, black slide,
21  frame and tang, with gunmetal hammer was found underneath the room's bed's mattress.
22  The firearm was loaded, with six .45 rounds in the magazine and one in the chamber, and
23  had been reported stolen from Cardiff, California. A second magazine loaded with six .45
24  rounds was located on the nightstand. A box of .45 caliber ammunition was found and
25  contained one cartridge. ORTIZ had a key to a Toyota Prius that was parked at the hotel.
26  The Prius contained a box of .45 caliber ammunition that still held 32 of 50 rounds.

27        48.    Officers *Mirandized* ORTIZ and she agreed to speak with them. ORTIZ stated
28  that she was at the hotel room to spend quality time with her boyfriend, RAMOS, and that

                                               13

1  other people were using the hotel room when she was not there but she didn't know who
2  they were. ORTIZ indicated that she did not know about the firearm, she did not use the
3  methamphetamine, she had just found the stolen credit card in the parking lot and was
4  about to turn it in, and that she was gainfully employed and had not engaged in criminal
5  activity. Officers then arrested ORTIZ. Officers also arrested RAMOS on outstanding state
6  warrants. During the booking procedure, RAMOS gave his phone number as 520-349-
7  7878.

8       49.    A motel employee identified ORTIZ as the person who had paid cash for the
9  motel room. The room's registration was in the name of ORTIZ and BARRIOS.

10      50.    Officers also found a 1995 gold-colored Nissan Maxima, matching the
11  description of the vehicle used in the Arco AMPM – Clairemont Mesa robbery, in the
12  parking lot at the Goodnight Inn. The Nissan Maxima had been stolen recently, reportedly
13  either on January 15th or 16th, 2018.

14                        **Arrest of ESCALERA and BARRIOS**

15      51.    On February 16, 2018, at approximately 4:30 p.m., an officer patrolling Logan
16  Heights in San Diego saw ESCALARA in a parking lot at 3302 Imperial Avenue. He
17  arrested ESCALARA on six state arrest warrants and seized an Alcatel cellular phone with
18  phone number 619-514-5155. ESCALARA was accompanied by a female with a tattoo
19  over an eyebrow and on her cheek that identified herself as "Liliana Barrios."

20      52.    Back at the police station, officers familiar with ESCALERA and BARRIOS
21  reviewed the publicly accessible portions of Facebook accounts believe to be used by
22  ESCALERA and BARRIOS and the arresting officer's body camera footage of
23  ESCALERA's arrest. Both Facebook Accounts contained photographs of ESCALERA
24  and BARRIOS together and indicated that they were in a relationship. In some photos, it
25  appears that BARRIOS has a tattoo over an eyebrow and on her cheek. In the bodycam
26  footage, officers also recognized BARRIOS as "Liliana Barrios."

27
28

53.     On March 13, 2018, at approximately 10:45 p.m., BARRIOS was found in a vehicle that had been reported stolen, which was located at 3200 National Avenue in San Diego. BARRIOS was arrested with a LG cellular phone.

### Review of RAMOS' Facebook account

54.     Pursuant to a federal search warrant, RAMOS' Facebook was searched, and investigators noted the following:

a.     In a January 12, 2018 conversation with Reyes, Ramos states "I'm On some niggas and the cops are looking for me with the choppers."

b.     In a January 10, 2018 conversation with Facebook User "Alicce Analicce," who investigators identified as Alicia FIMBRES, FIMBRES sent RAMOS a screenshot of a video chat between FIMBRES and RAMOS. In the photo, RAMOS is wearing a dark green top with black horizontal strips. RAMOS responded "straight evidence," and asked FIMBRES to "delete it."

c.     In a January 13, 2018 conversation, FIMBRES sent RAMOS two photos. The first photo was of a male, matching RAMOS' physical description, wearing red shorts, a dark blue or black hooded sweatshirt with the hood up, a dark blue or black mask with stars, covering his nose, mouth and face, and a dark blue or black hat with the word "DRTY." The individual is holding a 1911 style pistol, with brown grips, gunmetal hammer, and under the lighting appears to have a black frame and silver slide. The second photo is of the same male, wearing the same clothing, standing in a mirror, posing with BARRIOS and FIMBRES. In the photo, both FIMBRES and BARRIOS are holding phones and appear to be taking photos.  In the light in this photo, the 1911 style pistol appears to have a black slide and black frame.

d.     In a January 15, 2018 conversation with BARRIOS, BARRIOS asks if RAMOS "did you guys pay the house keeper knockibg" and stated "Ur strap here fool did you guys pay or what ima bounce already."

e.     In a January 12, 2018 conversation with **Target Account-6**, RAMOS states "I'm broke but safe. But still broke."  ESCALERA replied, "Me Too What We

Gonna Do." RAMOS responded "The same thing we always do." The Donovan San Martin account appears to have a limited number of items that were publically available. These items include photographs that investigators recognize as ESCALERA and BARRIOS posing together.

      f.    In a January 14, 2018 conversation with FIMBRES, RAMOS sent FIMBRES two photos. In the first photo, RAMOS is wearing a grey and black glove and black bandana with a paisley design tied on his head. In the second photo, RAMOS is standing with an unknown Hispanic male who matches the physical description of Armando Reyes. In the photo, RAMOS is wearing a black bandana with paisley design tied on his head, and a black hooded sweatshirt. The male believed to be Reyes is shirtless with a tattoo on his chest.

### PROCEDURES FOR ELECTRONICALLY STORED INFORMATION

55.    Federal agents and investigative support personnel are trained and experienced in identifying communications relevant to the crimes under investigation. The personnel of Facebook, Inc. (hereinafter "the internet service provider" or "the ISP") are not. It would be inappropriate and impractical for federal agents to search the vast computer network of the ISP for the relevant accounts and then to analyze the contents of those accounts on the premises of the ISP. The impact on the ISP's business would be disruptive and severe.

56.    Therefore, I request authority to seize all content, including electronic mail and attachments, stored instant messages, stored videos, photographs, and any other content from the Facebook account, as described in **Attachment B**. In order to accomplish the objective of the search warrant with a minimum of interference with the business activities of the ISP, to protect the privacy of the ISP's subscribers whose accounts are not authorized to be searched, and to effectively pursue this investigation, the Federal Bureau of Investigation seeks authorization to allow the ISP to make digital copies of the entire contents of the accounts subject to seizure. The copies will be provided to me or to any authorized federal agent. The copies will be imaged and the

images will then be analyzed to identify communications and other electronic records subject to seizure pursuant to **Attachment B**. Relevant electronic records will be copied to separate media. The original media will be sealed and maintained to establish authenticity, if necessary.

57.     Analyzing the data to be provided by the ISP may require special technical skills, equipment, and software. It may also be very time-consuming. Searching by keywords, for example, often yields many thousands of "hits," each of which must be reviewed in its context by the examiner to determine whether the data is within the scope of the warrant. Merely finding a relevant "hit" does not end the review process. Keyword searches do not capture misspelled words, reveal the use of coded language, or account for slang. Keyword searches are further limited when electronic records are in or use foreign languages. Certain file formats also do not lend themselves to keyword searches.   Keywords search text.   Many common electronic mail, database and spreadsheet applications, which files may have been attached to electronic mail, do not store data as searchable text. Instead, such data is saved in a proprietary non-text format. And, as the volume of storage allotted by service providers increases, the time it takes to properly analyze recovered data increases dramatically. The ISP do not always organize the electronic files they provide chronologically, which makes review even more time consuming and may also require the examiner to review each page or record for responsive material.

58.     Based on the foregoing, searching the recovered data for the information subject to seizure pursuant to this warrant may require a range of data analysis techniques and may take weeks or even months. Keywords need to be modified continuously based upon the results obtained and, depending on the organization, format, and language of the records provided by the ISP, examiners may need to review each record to determine if it is responsive to **Attachment B**. The personnel conducting the examination will complete the analysis within ninety (90) days of receipt of the data from the service provider, absent further application to this court.

59.     Based upon my experience and training, and the experience and training of other agents with whom I have communicated, it is necessary to review and seize all electronic mails that identify any users of the subject accounts and any electronic mails sent or received in temporal proximity to incriminating electronic mails that provide context to the incriminating mails.

60.     All forensic analysis of the imaged data will employ search protocols directed exclusively to the identification and extraction of data within the scope of this warrant.

## GENUINE RISK OF DESTRUCTION OF DATA

61.     Based upon my experience and training, and the experience and training of other agents with whom I have communicated, electronically stored data can be permanently deleted or modified by users possessing basic computer skills. In this case, the data in **Target Account-1** through **Target Account-5** is being preserved by Facebook for approximately ninety days in anticipation of this application for search warrants.

## PRIOR ATTEMPTS TO OBTAIN DATA

62.     The United States has not attempted to obtain this data by other means other than the limited viewing of publically accessible content as described above.

## REQUEST FOR SEALING & PRECLUSION OF NOTICE

63.     This is an ongoing investigation of which the targets are unaware. There is reason to believe, based on the above, that premature disclosure of the existence of the warrant will result in destruction or tampering with that evidence and seriously jeopardize the success of the investigation. Accordingly, it is requested that this affidavit and its related materials be sealed until further order of the Court.

64.     In addition, pursuant to Title 18, United States Code, Section 2705(b), it is requested that this Court order the electronic service provider to whom this warrant is directed not to notify anyone of the existence of this warrant, other than its personnel

18

essential to compliance with the execution of this warrant, until **May 31, 2018**, absent further order of the court

## SERVICE ON FACEBOOK

65.     Because the warrant will be served on Facebook, who will then compile the requested records, there is reasonable cause to permit the execution of the requested warrant at any time in the day or night.  Pursuant to Title 18 United States Code Section 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

## CONCLUSION

66.     Based on the foregoing, I believe there is probable cause to believe items that constitute evidence of violations of federal criminal law, namely, of Title 18, United States Code, Sections 1951, 924(c), and 371, as described in **Attachment B**, will be found in/ the properties to be searched, as provided in **Attachment A**.

Alex Esconde
FBI Special Agent

SUBSCRIBED and SWORN to before me
this _27th_ day of April, 2018

HON. JAN M. ADLER
United States Magistrate Judge